ACCEPTED
03-15-00145-CV
4397226
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 11:07:17 AM
JEFFREY D. KYLE
CLERK

Filed in The District Court
of Travis County, Texas

MAR 04 2015

At_____M.
Velva L. Price, District Clerk

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/6/2015 11:07:17 AM
JEFFREY D. KYLE
Clerk

CAUSE NO. D-1-GN-13-002356

| | | |
|---|---|---|
| MARK WALTERS, Plaintiff | § § § | IN THE DISTRICT COURT OF |
| v. | § § | TRAVIS COUNTY, TEXAS |
| BRAD LIVINGSTON, Defendant. | § § § | 200TH JUDICIAL DISTRICT |

## PLAINTIFF'S REQUEST FOR DOCUMENTS TO BE INCLUDED IN CLERK'S RECORD ON APPEAL

TO: Velva Price, Clerk of the District Court of Travis County, Texas
1000 Guadalupe St
Austin, TX 78701
Phone: (512) 854-9457
Fax: (512) 854-9549

FROM: Mark Walters, Plaintiff Pro Se in the above styled and numbered cause.

RE: Plaintiff's request for documents to be included in the clerk's record for Mark Walters, ET. Al. v. Brad Livingston, cause number D-1-GN-13-002356 in the 200th Judicial Court of Travis County, Texas.

Plaintiff, Mark Walters, is appealing this case to the Third Court of Appeals. The trial court signed the final judgment in this case on February 6, 2015. Plaintiff filed a notice of appeal on March 4, 2015 and is entitled to appeal without paying the clerk's fee.

Plaintiff requests that the following documents be included in the clerk's record, as required by *Texas Rule of Appellate Procedure* 34.5(a):

1. Plaintiff's Original Petition filed July 11, 2013.

2. Plaintiff's Second Amended Petition filed September 15, 2014.

3. Defendant's Original Answer filed July 29, 2013.

4. Defendant's Amended Answer filed August 27, 2013.

5. Defendant's Second Amended Answer filed October 7, 2014.

6. Defendant's Plea to the Jurisdiction filed July 15, 2014.

1

7. Plaintiff's Response in Opposition to Defendant's Motion to Dismiss filed on August 23, 2014.

8. Plaintiff's Response in Opposition to Defendant's Plea to the Jurisdiction filed on July 28, 2014.

9. The court's order denying Defendant's Motion to Dismiss and Plea to the Jurisdiction, signed on July 31, 2014.

10. The court's amended order denying Defendant's Plea to the Jurisdiction, signed on July 31, 2014.

11. Defendant's Amended Motion for Summary Judgment filed on November 13, 2014.

12. Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment, filed on December 11, 2014.

13. The court's judgment signed February 6, 2015.

14. Plaintiff's notice of appeal dated March 4, 2015.

15. Plaintiff's request for preparation of the reporter's record dated March 4, 2015.

16. Plaintiff's request for preparation of the clerk's record dated March 4, 2015.

17. Plaintiff's Motion for Leave to Proceed on Appeal in Forma Pauperis file March 4, 2015.

18. The court's docket sheet.

19. The certified bill of costs.

2

Respectfully submitted,

Mark Walters
P.O. Box 28078
Austin, Texas 78755
(512)-964-4343
verusconsultingtexas@gmail.com

*Plaintiff Pro Se*

## CERTIFICATE OF SERVICE

I, Mark Walters, hereby certify that a true and correct copy of the above and foregoing REQUEST FOR CLERK'S RECORD ON APPEAL, has been served by hand delivering on March 4, 2015, to:

Craig Jacobs, Assistant Attorney General
C/o Texas Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

_____
Mark Walters